IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. **08-30155-CJP** |
| ) | |
| **SAMUEL L. POTTER, III,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

The Court **GRANTS** the Government's Oral Motion to Dismiss Information as to Samuel L. Potter, III. **(Doc. 10)**.

The Information is hereby dismissed as to Samuel L. Potter, III, and said defendant's bond is discharged.

**IT IS SO ORDERED.**

**DATED:** May 15, 2009.

                                                  **s/ Clifford J. Proud**
                                                  **CLIFFORD J. PROUD**
                                                  **UNITED STATES MAGISTRATE JUDGE**